UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ALICE NELSON ROGERS,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE, N.A., et al.,<br><br>Defendants. | No. 2:22-cv-01954-TLN-CKD<br><br><br><br>**ORDER** |

    Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

    On March 27, 2023, the magistrate judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections. The Court has reviewed the file de novo and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The March 27, 2023 findings and recommendations (ECF No. 17) are ADOPTED IN FULL;
2. The First Amended Complaint (ECF No. 7) is DISMISSED with prejudice for failure to state a claim on which relief can be granted; and
3. The Clerk of Court is directed to close this case.

DATE: May 10, 2023

_____
Troy L. Nunley
United States District Judge